UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

SHAWN ROBERT BLOYE,

       Plaintiff,

v.

UNKNOWN MINARIN et al.,

       Defendants.
_____/

Case No. 2:19-cv-82

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is voluntarily **DISMISSED WITHOUT PREJUDICE**.

Dated: May 6, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge